UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE: SEARCH WARRANTS | Case No. 3:24-mj-18 (RMS) |
| | January 26, 2024 |

## MOTION TO UNSEAL

The United States respectfully moves the Court to unseal all of the documents filed in this case. On January 18, 2024, the target of the investigation, Rick Marro ("defendant"), was arrested on a criminal complaint. *See United States v. Marro*, Case No. 3:24-mj-24 (SDV). The defendant is now aware of the allegations set forth in the search warrant affidavit and, therefore, sealing is no longer necessary. The search warrant returns have been filed on the docket. Accordingly, the Government requests that the motion to unseal be granted.

Respectfully submitted,

VANESSA ROBERTS AVERY
UNITED STATES ATTORNEY

*/s/ Neeraj N. Patel*

NEERAJ N. PATEL
ASSISTANT U.S. ATTORNEY
Federal Bar No. phv04499
157 Church Street, 25th Floor
New Haven, CT  06510
Tel.:   (203) 821-3700
Email: neeraj.patel@usdoj.gov

CERTIFICATE OF SERVICE

    I hereby certify that on January 26, 2024, a copy of the foregoing Motion was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

    */s/ Neeraj N. Patel*
    Neeraj N. Patel
    Assistant United States Attorney